**In re Wendell M. TURNER, Petitioner.**

No. 01–6144.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2001.

Decided April 20, 2001.

Wendell M. Turner, petitioner pro se.

Before WIDENER, WILKINS, and DIANA GRIBBON MOTZ, Circuit Judge.

PER CURIAM.

Wendell M. Turner petitions for a writ of mandamus setting forth several claims. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. *See In re Beard*, 811 F.2d 818, 826 (4th Cir.1987). Because we find extraordinary circumstances lacking, and because the petition is frivolous, we deny Turner's motion for leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED.*